**FILED**

FEB 21 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY W. JOHNSON, JR.,

   Plaintiff,

v.

R. MACHUCA, JR., et al.,

   Defendants.

No. C 13-00596 EJD (PR)

ORDER DISMISSING CLAIMS AGAINST DEFENDANT T. SUMBLIN

On February 11, 2013, Defendants filed a notice of removal to federal court, removing Plaintiff's civil complaint against officials at Salinas Valley State Prison ("SVSP") from Monterey Superior Court to this Court. Plaintiff is a California inmate currently incarcerated at the Pelican Bay State Prison. On May 23, 2013, the Court ordered service of Plaintiff's complaint upon the named defendants. (See Docket No. 8.) On July 19, 2013, the Litigation Coordinator at SVSP sent a letter to the Court stating that Defendant T. Sumblin had resigned. (Docket No. 21.) At the Court's request, the Litigation Coordinator provided the last known address for Defendant T. Sumblin. (Docket No. 35.) The next day, the Clerk reissued the Notice of Lawsuit and Request for Waiver of Service of Summons to Defendant Sumblin. (Docket No. 36.) On November 5, 2013, after having received no response from Defendant T. Sumblin, the Court directed

the Clerk to issue a summons to Defendant T. Sumblin. (Docket No. 43.) On November 29, 2013, the summons was returned unexecuted because Defendant T. Sumblin no longer lived at the address to which the summons was issued. (Docket No. 48.) On January 2, 2014, the Court issued an order directing Plaintiff to file a notice providing the Court with an accurate and current address for Defendant T. Sumblin such that the Marshal is able to effect service. (Docket No. 51.) To date, the Court has received no information from Plaintiff regarding the whereabouts of Defendant T. Sumblin thus Defendant T. Sumblin remains unserved.

Although a plaintiff who is incarcerated and proceeding in forma pauperis may rely on service by the Marshal, such plaintiff "may not remain silent and do nothing to effectuate such service"; rather, "[a]t a minimum, a plaintiff should request service upon the appropriate defendant and attempt to remedy any apparent defects of which [he] has knowledge." Rochon v. Dawson, 828 F.2d 1107, 1110 (5th Cir. 1987). Here, Plaintiff's complaint has been pending for over 120 days, and thus, absent a showing of "good cause," his claims against Defendant T. Sumblin are subject to dismissal without prejudice. See Fed. R. Civ. P. 4(m). Plaintiff was directed to file a notice providing the Court with an accurate and current address for Defendant T. Sumblin such that the Marshal is able to effect service. He has failed to do so. Accordingly, the claims against Defendant Sumblin are **DISMISSED** without prejudice pursuant to Rule 4(m). The Clerk shall terminate said defendant from this action.

DATED: 2/21/14

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY W. JOHNSON, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>R. MACHUCA, JR., et al.,<br><br>    Defendants. | Case Number CV 13-00596 EJD (PR)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on ___2/21/14___, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Anthony Wayne Johnson**
F58411
Pelican Bay State Prison
P. O. Box 7500
Crescent City, CA 95532

DATED: ___2/21/14___

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk